# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA**
    **Plaintiff,**

  **v.**                                                  **Case No. 19-CR-68**

**JONAH DUSI**
    **Defendant.**

## ORDER

**IT IS ORDERED** that the magistrate judge's recommendation (R. 76) is adopted, and defendant's guilty plea is accepted. Pursuant to § 15002(b)(2) of the CARES Act, the court finds that it was appropriate to conduct the Rule 11 colloquy via video-teleconferencing because the matter could not be further delayed without serious harm to the interests of justice.

**IT IS FURTHER ORDERED** that the probation office prepare a pre-sentence report.

**FINALLY, IT IS ORDERED** that the matter is scheduled for **SENTENCING** on **Friday, November 12, 2021, at 1:30 p.m.** The parties shall file any sentencing motions, memoranda, or other materials (such as letters) on or before **November 5, 2021**.

Dated at Milwaukee, Wisconsin, this 12th day of August, 2021.

                                          /s/ Lynn Adelman
                                          LYNN ADELMAN
                                          District Judge